# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerardo Galvan Vazquez,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ur Jaddou, et al.,<br><br>　　　　Defendants. | No. CV-24-00472-TUC-AMM<br><br>**ORDER** |

On January 24, 2025, Plaintiff Gerardo Galvan-Vazquez filed a Notice of Voluntary Dismissal. (Doc. 9.) Plaintiff voluntarily dismisses this action with prejudice and with all parties to bear their own fees and costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.* at 1.) Defendants have not filed an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment). Accordingly,

**IT IS ORDERED** that this matter is **DISMISSED** with prejudice and with each party to bear their own fees and costs. The Clerk of Court shall docket accordingly, term any pending motions, and close the file in this matter.

Dated this 31st day of January, 2025.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Angela M. Martinez
　　　　　　　　　　　　　　　　　　　　　　United States District Judge